*John G. Ryan* for the plaintiff.
*Kevin M. Foster* for the defendants.

PETER MANNING & another,[1] coadministrators,[2] *vs.* LIBERTY MUTUAL INSURANCE COMPANY. February 16, 1988. *Insurance*, Motor vehicle insurance, Underinsured motorist, Construction of policy.

The result in this fourth case we decide today concerning stacking of underinsured motorist coverage is controlled by what we have already said in *LeCuyer* v. *Metropolitan Property & Liab. Ins. Co., ante* 709 (1988), and in *Moore* v. *Metropolitan Property & Liab. Ins. Co., ante* 1010 (1988). The defendant insurer paid the plaintiffs $100,000, the single limit underinsured motorist coverage shown on the coverage selections page. The case is before us on direct appellate review requested by the defendant. The judgment which declared that underinsured motorist coverage was available as to each of the two vehicles of the plaintiffs insured under the same 1984 motor vehicle policy is reversed, and judgment shall be entered declaring that underinsured motorist coverage is available only once to the limit stated in the policy.

*So ordered.*

*Lori L. Doyle* (*Steven A. Rusconi & Philip D. Murphy* with her) for the defendant.
*Charles J. Hayes* for the plaintiffs.

---

[1] His wife, Cecile Manning.

[2] Of the estate of Eileen Manning.